IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHRIS A. CLAUSEN, | ) | 4:07CV3136 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | |
| | ) | **ORDER** |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's motion for enlargement of time (filing 14) is granted, and the briefing schedule is modified as follows:

1. Defendant shall file a brief by October 31, 2007;

2. Plaintiff may file a reply brief by November 14, 2007; and

3. This case shall be ripe for decision on November 15, 2007.

October 1, 2007.                    BY THE COURT:

                                    s/ *Richard G. Kopf*
                                    United States District Judge